USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ROBERT O'NEILL,

Plaintiff,

-against-

THE ANTIHERO PODCAST LLC, et al.,

Defendants.

These papers are in support of the Motion at ECF No. 6 and are not a stand alone motion. Clerk of Court is requested to terminate this motion at ECF No. 8.
Dated: January 20, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

---

**Case No.** 7:25-**cv**-10786

## AFFIRMATION OF DAVID M. SCHWARTZ, ESQ.
## IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

---

**MEMO ENDORSED**

DAVID M. SCHWARTZ, an attorney duly admitted to practice law before the Courts of the State of New York and this Court, hereby affirms the following under the penalties of perjury:

1.  I am the attorney for Plaintiff Robert O'Neill in the above-captioned action. I submit this Affirmation in support of Plaintiff's Motion to Remand and in opposition to Defendants' Notice of Removal. I am fully familiar with the facts and circumstances of this matter based upon my personal involvement therein.

2.  Plaintiff commenced this action in the Supreme Court of the State of New York, County of Westchester, by filing a Summons and Verified Complaint on November 10, 2025. The action was assigned Index No. 75300/2025. A true and correct copy of the Summons and Verified Complaint is attached hereto as **Exhibit A**.

3.  Plaintiff effectuated service upon the Defendants as follows:

    **(a) AntiHero Podcast, LLC** was served on **November 26, 2025**, by corporate service upon Tyler Hoover, who identified himself as the person authorized to accept service, at 1636 N. Ronald Reagan Blvd., Longwood, Seminole

1

County, FL 32750. A true and correct copy of the Affirmation of Service is attached hereto as **Exhibit B**.

**(b) Counter Culture Inc.** was served on **November 29, 2025**, by corporate service upon Tyler Hoover as designee, at 394 Westwind Ct., Lake Mary, Seminole County, FL 32746. A true and correct copy of the Affirmation of Service is attached hereto as **Exhibit C**.

**(c) Tyler Hoover** was personally served on **November 29, 2025**, at 394 Westwind Ct., Lake Mary, Seminole County, FL 32746. A true and correct copy of the Affirmation of Service is attached hereto as **Exhibit D**.

**(d) James Andrew Arnett** was personally served on **December 2, 2025**, at 10189 129th Ter., Largo, Pinellas County, FL 33773. A true and correct copy of the Affirmation of Service is attached hereto as **Exhibit E**.

**(e) Brent Tucker and Tier1Podcast LLC** have waived service of the Summons and Complaint **(See** NYSCEF Doc No 17¶ 7)

4. Based on the foregoing, the first defendant to be served was AntiHero Podcast, LLC, which was served on November 26, 2025. Under 28 U.S.C. § 1446(b)(1), Defendants were required to file a notice of removal within thirty (30) days of that service—i.e., by **December 26, 2025**.

5. Defendants did not file their Notice of Removal until January 7th 2026, which was 12 days after service on the first-served defendant. The removal was therefore untimely.

6. Defendants' Notice of Removal is also deficient because it fails to identify all members of AntiHero Podcast, LLC and fails to allege the citizenship of each member. Under *Carden v. Arkoma Associates, Ltd.*, 494 U.S. 185 (1990), an LLC's citizenship is determined by the citizenship of all its members, not merely its state of formation.

2

7. Based on the foregoing, Defendants have failed to meet their burden of establishing federal subject matter jurisdiction based on diversity of citizenship.

8. As a result of Defendants' improper removal, Plaintiff has been required to incur costs and attorney's fees in bringing this motion to remand. Plaintiff respectfully requests that this Court award Plaintiff his costs and actual expenses, including attorney's fees, pursuant to 28 U.S.C. § 1447(c).

9. **WHEREFORE**, Plaintiff respectfully requests that this Court: (a) remand this action to the Supreme Court of the State of New York, County of Westchester; (b) award Plaintiff his costs and attorney's fees; and (c) grant such other and further relief as the Court deems just and proper.

I affirm under the penalties of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, New York
       January 9th, 2026

_David M Schwartz_

_____
**DAVID M. SCHWARTZ, ESQ.**