

Timothy C. Parlatore, Esq.
Managing Partner
timothy.parlatore@parlatorelawgroup.com
Direct: 212-679-6312

January 20, 2026

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601

Re: *O'Neill v. The Antihero Podcast LLC, et al.*, 7:25-cv-10786-NSR

Dear Judge Román:

Defendants respectfully move to strike Plaintiff's Reply Memorandum of Law (ECF No. 12) as procedurally improper. Plaintiff has filed a Reply brief before Defendants filed a Response brief. In an effort to avoid filing this motion to strike, undersigned counsel contacted Plaintiff's counsel by email, alerting him to the error and requesting withdrawal of the improper filing. Plaintiff's counsel has not responded.

## Background

On January 9, 2026, Plaintiff filed an improper "Notice of Notice of Motion to Remand" (ECF No. 2). Defendants filed an opposition brief (ECF No. 3). On January 15, 2026, the Court directed Plaintiff to refile the motion properly (ECF No. 4).

On January 16, 2026, Plaintiff refiled as a Motion to Remand (ECF No. 6) with supporting memorandum (ECF No. 9). Defendants have not yet filed their response to this properly-filed motion.

On January 20, 2026—before Defendants filed any response to ECF No. 6—Plaintiff filed a "Reply Memorandum of Law" (ECF No. 12).

## Argument

A reply brief may only be filed after the non-moving party has filed its opposition. *See* Fed. R. Civ. P. 7(a); Local Civ. R. 7.1(c). Plaintiff's "reply" at ECF No. 12 is premature because Defendants have not yet responded to the Motion at ECF No. 6.

Plaintiff's opposition brief at ECF No. 3 responded to the improper "Notice" at ECF No. 2, which the Court directed be refiled. That opposition does not constitute a response to the properly-

Licensed to Practice by the States of New York and New Jersey
U.S. District Courts in New York, New Jersey, Connecticut, Pennsylvania, Texas, and the District of Columbia
Parlatore Law Group is a nationwide cloud-based firm. Please send all correspondence electronically.
If physical mail is required, please use the central mailing address below.

www.parlatorelawgroup.com    1440 N Edgewood St, Arlington VA 22201

filed Motion at ECF No. 6. Plaintiff cannot circumvent the briefing schedule by filing a reply before Defendants have responded to the operative motion.

## Conclusion

Defendants respectfully request that the Court strike ECF No. 12 and direct that any reply brief may only be filed after Defendants file their opposition to ECF No. 6.

Respectfully submitted,

Timothy C. Parlatore, Esq.