UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ROBERT O'NEILL,

Plaintiff,

-against-

Case No. 7:25-cv-10786-NSR

THE ANTIHERO PODCAST LLC
d/b/a AntiheroPodcast.com,
BRENT TUCKER,
TYLER HOOVER,
COUNTER CULTURE INC.,
TIER1PODCAST LLC d/b/a TIER-1 Podcast.com, and
JAMES ANDREW ARNETT,

Defendants.
----------------------------------------------------------X

**NOTICE OF PLAINTIFF'S CROSS-MOTION FOR SANCTIONS**

**PLEASE TAKE NOTICE,** that upon the accompanying Plaintiff's Cross-Motion for Sanctions Against the Defendants and Defense Counsel, the accompanying declarations and exhibits, and all prior proceedings had herein, Plaintiff Robert O'Neill hereby cross-moves this Court, before the Honorable Nelson S. Román, United States District Judge, for an Order:

(i) Pursuant to Federal Rule of Civil Procedure 11(b), Rule 11(c)(1), Rule 11(c)(2), and the Court's inherent authority, imposing sanctions upon Defendants and their counsel, Timothy C. Parlatore, Esq., for presenting and advocating factual contentions lacking evidentiary support and for making materially misleading or demonstrably false representations to the Court;

(ii) Awarding Plaintiff the reasonable attorneys' fees and costs incurred in responding to Defendants' Motion for Sanctions and in bringing this cross-motion;

(iii) Granding such other and further relief as the Court deems just and proper.

Pursuant to the Court's May 12, 2026 Memorandum Endorsement (Dkt. 28), this cross-motion is

served contemporaneously with Plaintiff's opposition papers. Defendants' reply papers in further support of their motion and opposition to Plaintiff's cross-motion are due July 30, 2026. Plaintiff's reply papers in further support of the cross-motion are due August 13, 2026. All motion papers are to be filed on August 13, 2026.

Dated: New York, New York
July 14, 2026

Respectfully submitted,

*/s/ David M. Schwartz, Esq.*________
David M. Schwartz, Esq.
546 Fifth Avenue, 6th FL.
New York, NY 10036
Tel: (212) 641-0499
david@davidschwartzesq.com
*Attorney for Plaintiff*